UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-cr-2298 JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| v. | |
| DARLENE LLUVIA PADILLA, | |
| Defendant. | (ECF No. 26) |

    Presently before the Court is the Joint Motion of Plaintiff United States of America and Defendant Darlene Lluvia Padilla for an order to continue the Motion Hearing/Trial Setting. Good cause appearing, the Court **GRANTS** the Joint Motion and hereby orders as follows:

    1.    The Motion Hearing/Trial Setting hearing scheduled for November 8, 2021, is **VACATED**.

///

///

///

2. The Motion Hearing/Trial Setting hearing is now scheduled for December 10, 2021, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge